IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
DANIEL MCKELVEY,                          No    C 10-1205 VRW

        Plaintiff,                              ORDER

        v

GLOBETRACK WIRELESS, INC et al,

        Defendants.
                                        /
```

On September 2, 2010, counsel for defendants Globetrack Wireless, Inc and SOS-Wherify, Inc moved for permission to withdraw as attorneys of record. Doc #25. No opposition to the motion has been filed. Counsel declares that defendants have breached their fee agreement by failing to pay outstanding attorney fees and by failing to reimburse litigation expenses. Doc #26 ¶¶3-4. Counsel informed defendants of their intent to withdraw on August 18, 2010. Doc #26 Exh A.

Pursuant to Cal RPC 3-700(C)(1)(f), counsel may withdraw if a client "breaches an agreement or obligation * * * as to

expenses or fees." Here, the record shows that defendants are in breach of their fee agreement with counsel. Doc #26. Accordingly, the court determines that counsel has shown good cause to withdraw.

Pursuant to Civ LR 11-5(a), the court may permit withdrawal of counsel when the client and all other parties who have appeared are given written notice "reasonably in advance" of the withdrawal. Defendants were given notice of counsel's intent to withdraw on August 18, 2010. Doc #26 Exh A. The intervening time period has provided defendants with sufficiently reasonable time to secure new counsel.

Counsel are DIRECTED to serve on defendants a copy of this order and a copy of the order to show cause filed herewith. Counsel shall file proof of service on defendants, at which time counsel's motion for permission to withdraw shall be GRANTED. Doc #25. The hearing scheduled for November 4, 2010 is VACATED.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge