IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL MCKELVEY,                                    No   C 10-1205 VRW

    Plaintiff,                                   ORDER

    v

GLOBETRACK WIRELESS, INC et al,

    Defendants.
                                    /

    On November 8, 2010, the court entered an order permitting counsel for defendants to withdraw.  No substitute counsel has entered an appearance for defendants.

    Accordingly, defendants hereby ORDERED to SHOW CAUSE in writing on or before November 29, 2010 why default should not be entered pursuant to FRCP 55(a).  Failure to respond to this order shall be deemed grounds to find defendants in default.

    IT IS SO ORDERED.

                                           VAUGHN R WALKER
                                           United States District Chief Judge